IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No.  07-mj-07031-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARQUES ROBINSON,

Defendant.

_____

**ORDER**
_____

This matter is before me on the defendant's **Motion to Vacate Motion Hearing and Jury Trial** [Doc. # 23, filed 8/31/2007] (the "Motion").  The Motion reports that the defendant "has relocated to Louisiana" and "has a 3 month old child he needs to provide for and he is working a part-time job."  Motion, ¶2.  The Motion states further:

> The parties have reached an agreement in which the Defendant would enter a plea of guilty to a DUI with 5 days suspended jail. The Defendant would agree to waive the venue and trial in the District of Colorado and would consent to jurisdiction in the Western District of Louisiana.

Motion, ¶3.  Accordingly, the Motion requests that the hearing set for September 12, 2007, and the trial set for September 17, 2007, be vacated.

The United States has filed a response [Doc. # 25, filed 9/13/2007] joining in the Motion.

I construe the Motion as being made under Fed. R. Crim. P. 58(c)(2), which provides:

> **(A) Condition of Waiving Venue**.  If a defendant is arrested, held, or present in a district different from the one where the indictment,

> information, complaint, citation, or violation notice is pending, the defendant may state in writing a desire to plead guilty or nolo contendere; to waive venue and trial in the district where the proceeding is pending; and to consent to the court's disposing of the case in the district where the defendant was arrested, is held, or is present.
>
> **(B) Effect of Waiving Venue**. Unless the defendant later pleads not guilty, the prosecution will proceed in the district where the defendant was arrested, is held, or is present. The district clerk must notify the clerk in the original district of the defendant's waiver of venue. The defendant's statement of a desire to plead guilty or nolo contendere is not admissible against the defendant.

I am informed that the defendant is present in the Western District of Louisiana; that he has stated in writing his intention to plead guilty to the charged offense; that he has waived venue in this court; and that he consents to the matter proceeding in the Western District of Louisiana. Because the defendant has met the requirements of Rule 58(c) and because the government joins in it, I will grant the Motion, vacate the trial, and direct the clerk of the court to contact the clerk of court for the United States District Court for the Western District of Louisiana of the defendant's waiver of venue filed here.

IT IS ORDERED that the Motion is GRANTED. The hearing on September 12, 2007, and the trial on September 17, 2007, are VACATED.

IT IS FURTHER ORDERED that the clerk of the court is directed to contact the clerk of court for the United States District Court for the Western District of Louisiana of the defendant's waiver of venue filed here.

Dated September 14, 2007.

                                     BY THE COURT:

                                     s/ Boyd N. Boland
                                     United States Magistrate Judge